**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 458 MAL 2014
:
             Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
OLIVER MERVIN BURBAGE, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.